PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Glenn Brooks  Case Number: 3:10-00306-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: November 14, 2011

Original Offense: Cts. 1-8: 21 U.S.C. § 841(a)(1), Distribution of Hydrocodone; Cts. 9-10: 26 U.S.C. § 7206(1) Filling a False Income Tax Return

Original Sentence: 1 day followed by a two year term of supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: November 14, 2011

Assistant U.S. Attorney: Harold B. McDonough, Jr.   Defense Attorney: Hal D. Hardin

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 15 day of Aug, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    August 12, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant shall pay outstanding Federal taxes in an amount of $87,920, at a minimum monthly rate of 10% of gross income:**

   Mr. Brooks has made his monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Glenn Brooks has paid $13,300 in restitution. His term of supervised release is set to expire on November 13, 2013.

**U.S. Probation Officer Recommendation:**

Mr. Brooks has paid toward his restitution as instructed by the Court. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer